UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED KADIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. RALSTON, et al.,<br><br>　　　　Defendants. | Case No. CV 12-8037 DOC(PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report and Recommendation has expired and no objections have been filed.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

　　　IT IS THEREFORE ORDERED that Defendants' motion to dismiss the Second Amended Complaint is denied.

　　　DATED:　　June 20, 2014　　.

　　　　　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\12-8037 Order accep r&r.wpd