```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    CENTRAL DISTRICT OF CALIFORNIA
10  AHMED KADIL,                    )  CASE NO. CV 12-08037-DOC (PJW)
                                    )
11            Plaintiff,            )  J U D G M E N T
                                    )
12       v.                         )
                                    )
13  D. RALSTON, et al.,             )
                                    )
14            Defendants.           )
                                    )
15
16       Pursuant to the Order Granting Plaintiff's Motion to Voluntarily
17  Dismiss Action,
18       IT IS ADJUDGED that the action is dismissed without prejudice.
19
20       DATED:     September 12, 2018           .
21
22                                      /s/ David O. Carter
23                                      DAVID O. CARTER
                                        UNITED STATES DISTRICT JUDGE
24
25
26
27
28  S:\PJW\Cases-Civil Rights\KADIL 8037\Judgment.wpd
```